IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA HIGGINS                          :        CIVIL ACTION
                                        :
          v.                            :
                                        :
ANDREW SAUL,                            :
Commissioner of Social Security         :        NO. 19-2934

O R D E R

AND NOW, this 19th day of May, 2020, for the reasons expressed in the Court's Opinion

filed today, it is

ORDERED that Higgins's Request for Review is hereby GRANTED IN PART and the

matter remanded to the agency for the taking of additional evidence from a rheumatologist and a

revised assessment of Higgins' subjective representations under Social Security Ruling 16-3p.

The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/ Jacob P. Hart

_____

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE